# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D23-794
Lower Tribunal No. 2021-CF-001275-AXXX-XX

———————————————————

IZELL EMANUEL HALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

March 19, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laurie Benoit-Knox, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED